UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PEGGY MOUSAW,

                      Plaintiff,      **ELECTRONICALLY FILED**

-against-                       Civil Case No.:  7:07-CV-01006
                                                            DNH/GJD

BOARD OF EDUCATION of the COLTON PIERREPONT
CENTRAL SCHOOL DISTRICT, STEPHEN KNIGHT,
JEFFREY ANGLEBERGER, SHARON ANDREWS, SUSAN
COLLINS, SHELLI PRESPARE-WESTON AND LAWRENCE
PECK, Individually and in their capacity as School Board
Members, MARTIN BREGG, Individually and as Superintendent
of Schools, ANDREW SILVER, ESQ., Individually and in his
capacity as Attorney for the Colton-Pierrepont Central School
District, DAVID WHITE, Individually and in his capacity as
Business Manager, District Treasurer and Investment Officer,
and JEFF BRISTOL, Individually and in his capacity as Clerk
of the Works, PUBLIC SECTOR H.R. CONSULTANTS, L.L.C.,
and RONNI TRAVERS, and R.P. TROUTMAN AND
ASSOCIATES, INC., Individually, and in their capacity as
Investigators for the Colton-Pierrepont Central School District,

                      Defendants.

---

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing Notice of Appearance on behalf of Defendants Ronni Travers and Public Sector H.R. Consultants, LLC with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Stephen Coitoli, Esq., attorney for Plaintiff, at sdc@oharalaw.com;

2. Matthew J. Larkin, Esq., attorney for Defendant Andrew Silver, Esq., at mlarkin@hiscockbarclay.com;

3. Jill E. O'Sullivan, Esq., attorney for Defendant Jeff Bristol, at jeo@fmbr-law.com;

4. Claudia Ryan, Esq., attorney for Defendants Colton-Pierrepont Central School District and the Board of Education at cryan@smallacombe.com;

and

5. Laurence Slovik, Esq., attorney for Defendant R.P. Troutman and Associates, Inc. at lsovik@smithsovik.com

Brittany Penman on behalf of
Jonathan E. Hansen (514951)