UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PEGGY MOUSAW,

                              Plaintiff,

    -v-                                                7:07-CV-1006

BOARD OF EDUCATION OF COLTON
PIERREPONT CENTRAL SCHOOL
DISTRICT, et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on August 8, 2008, in Utica, New York, it is hereby

ORDERED that

    1. Ronni Travers, Public Sector H.R. Consultants, and R.P. Troutman & Associates' motions to dismiss are GRANTED and all claims and cross claims against them are DISMISSED;

    2. Ronni Travers and Public Sector H.R. Consultants' motion for attorney's fees pursuant to § 1988 is DENIED; and

    3. Ronni Travers, Public Sector H.R. Consultants, and R.P. Troutman & Associates are DISMISSED from the case.

IT IS SO ORDERED.

                                                           United States District Judge

Dated: August 8, 2008
       Utica, New York.