# RYAN & SMALLACOMBE, PLLC

Attorneys At Law

100 State Street, Suite 800
Albany, New York 12207
(518) 449-5501 phone • (518) 449-5517 fax

rs@ryansmallacombe.com

*This firm does not accept service by facsimile.*

MELISSA J. SMALLACOMBE
CLAUDIA A. RYAN
JOHN F. MOORE
———
AMANDA R. STERN
SHARON A. SIEGEL
JAMES D. TAYLOR

CHRISTOPHER R. LYONS
Of Counsel

*Legal Assistant*
KATHLEEN F. VOLNEY

November 18, 2009

**VIA ECF FILING**

Hon. Gustave J. DiBianco
United States District Court
Northern District of New York
James Hanley Federal Building
100 South Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

Re:    In the Matter of the Claim of Peggy Mousaw v. Board of Education of the Colton
Pierrepont Central School District, et al.
Civil Action No.: 7:07 CV-01006 (DNH/GJD)
Our File No.:  193.6210

Dear Judge DiBianco:

The undersigned represents defendants Board Of Education of the Colton Pierrepont Central School District, Knight, Angelberger, Andrews, Collins, Prespare-Weston, Peck, Bregg, and White, in the above-referenced matter.

Under the current scheduling order, the deadline for all dispositive motions is November 30, 2009. These defendants plan to file a motion for summary judgment. Presently our law firm, the law firm of Ryan & Smallacombe, PLLC is in the process of dissolving and a new partnership (Towne, Ryan & Partners) is being created effective 12/1/09. The law firm is physically moving the weekend before the motion deadline and I am concerned with possible computer issues arising that may affect ECF filing of our motion papers. Further, the consent to change attorney form which needs to be executed by these defendants is currently being circulated, and it seems to make sense to file the new motion on behalf of the defendants under the Towne, Ryan & Partners imprint rather than conduct this process after the initial motion has been filed.

These defendants respectfully request that a very short extension of the motion deadline be granted from Monday, November 30, 2009 until Friday, December 4, 2009.

I have inquired as to whether plaintiff and co-defendants counsel have objections to this extension, and all parties consent.

If the Court consents to this short extension, kindly execute on the line below to confirm the extension. Thank you for your kind consideration to this request.

                        Respectfully yours,

                        RYAN & SMALLACOMBE, PLLC

                        s/ *Claudia A. Ryan*
                        Claudia A. Ryan
                        Cryan@ryansmallacombe.com

CAR/jr

cc:    **(VIA ECF)**
        Jill E. O'Sullivan, Esq.
        Matthew J. Skiff, Esq.
        Stephen Ciotoli, Esq.

SO ORDERED:

_____        _____
    Hon. Gustave J. DiBianco                                   Date