UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of              ORDER
Civil Cases to the Honorable Andrew T. Baxter     OF REASSIGNMENT

_____

     **ORDERED** that based on the retirement of Magistrate Judge Gustave J. DiBianco, the following cases are hereby reassigned to the Honorable Andrew T. Baxter, U.S. Magistrate Judge. These cases will remain assigned to presiding U.S. District Judges.

| Case Number | Caption |
|---|---|
| 7:07-cv-1006 (DNH) | Mousaw v. Board of Education of Colton Pierrepont Central School District, et al |
| 7:08-cv-109 ((TJM) | Frederic Remington Art Museum, et al v. Shideler, et al |
| 7:08-cv-206 (TJM) | Doldo Brothers, Inc., et al v. Coors Brewing Company |
| 7:08-cv-679 (TJM) | Sweet v. Bonnie Castle Yacht Basin, et al |
| 7:08-cv-933 (TJM) | Mancini, et al v. CSX Transportation, Inc., et al |
| 7:08-cv-944 (TJM) | Ball v. MTV Networks on Campus Inc., et al |
| 7:09-cv-196 (GTS) | Nissan Motor Acceptance Corp. v. Dealmaker Nissan LLC, et al |
| 7:09-cv-268 (GTS) | People of the State of New York v. M&E Technical Services, LLC, et al |
| 7:09-cv-483 (TJM) | Horsehead Corp. v. Shinski |
| 7:09-cv-523 (DNH) | Mousaw v. The County of Saint Lawrence, et al |
| 7:09-cv-798 (TJM) | Cook, et al v. J.C. Penney Corp., Inc. |

     Any questions concerning case management should be directed to Katherine Gridley, Courtroom Deputy Clerk, at (315) 234-8603.

**IT IS SO ORDERED.**

Dated: January 4, 2010
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge