**FEBRUARY 19th, 2010**                                            UTICA, NEW YORK
**HON. DAVID N. HURD, Presiding**
**Clerk: Craig B. Minor**
**Steno: Nancy Freddoso**

10:20 A.M.   COURT IN SESSION

Peggy Mousaw,

    vs.

Bd. of Ed. of Colton Pierrepont
Central School District, et al.                          7:07-CV-1006

1. Defts Andrews, Angelberger, Bregg, Collins, Knight, Peck, Weston & Whites motion for summary judgment (139)–DECISION RESERVED.

2. Deft Silver's motion for summary judgment (141)–DECISION RESERVED.

3. Deft Bristol's motion for summary judgment (142)–DECISION RESERVED. (Ct. to issue written decision)

Appearances: Stephen Ciotoli & Dominic D'Imperio for pltf, John Moore for Bd. of Ed defts, Matthew Larkin for deft Silver, Jill O'Sullivan for deft Bristol

10:45 A.M.  Recessed.