# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**PEGGY MOUSAW,**
        **Plaintiff,**

   vs.                                     **CASE NUMBER: 7:07-CV-1006**
                                                                             **(DNH/ATB)**

**BOARD OF EDUCATION OF COLTON PIERRREPONT
CENTRAL SCHOOL DISTRICT; STEPHEN KNIGHT, Individually and
in his capacity as School Board Member; JEFFREY ANGLEBERGER, Individually
and in his capacity as School Board Member; SHARON ANDREWS, Individually
and in her capacity as School Board Member; SUSAN COLLINS, Individually
and in her capacity as School Board Member; SHELLI PRESPARE-WESTON,
Individually and in her capacity as School Board Member; LAWRENCE PECK,
Individually and in his capacity as School Board Member; MARTIN BREGG,
Individually and as Superintendent of Schools; ANDREW SILVER, ESQ.,
Individually and in his capacity as Attorney for the Colton-Pierrepont Central
School District; DAVID WHITE, Individually and in his capacity as Business
Manager, District Treasurer and Investment Officer; and JEFFREY BRISTOL,
Individually and in his capacity as Clerk of the Works;**

                            **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' motions for summary judgment are GRANTED; and The complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 3rd day of May, 2011.

DATED: May 3, 2011

*Lawrence K. Baerman*
Clerk of Court

_____
s/Susan Evans
Deputy Clerk

Entered on Docket: <u>5/3/11</u>       <u>se</u>
                       Date       By